

16-3367-CV-S-BP-P 8-29-16

FIELDING A LAWSUIT ON GREEN CO. JAIL

NOW COME'S LARRY DEAN MOORE ACTING AS HIS OWN ATT. AND LAWYER,

LARRY DEAN MOORE
1000 N BOONVILLE
SPRINGFIELD MO. 65803

VS.

GREEN COUNTY JAIL
1010 N. BOONVILLE
SPRINGFIELD MO.
65803

NOW COMES LARRY DEAN MOORE FIELDING A LAWSUITE ON GREEN CO. JAIL FOR NOT ALLOW HIS CONSTITUTION OF 1ST RIGHT, OF THE 1TH AMENDMENT.

1. CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION OR PROHIBITING THE FREE EXERCISE THEREOF; OR ABRIDGING THE FREEDOM OF SPEECH, OR OF THE PRESS, OR THE RIGHT OF THE PEOPLE PEACEBLY TO ASSEMBLE. AND TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES

INDIGENT



IN JAIL OR other prison's AND Love ONE Should HAVE The right TO write EACh others By MAILS THIS CAN Be proveIng

(1) THe First AmenDent protects your right TO SenD AND receIVe MAIl

(2) THe ~~First~~ 8th AmenDent ProTcTS IN-MAte TO Be treATed WITh MeDICIAl treatment Green County MeDICIAl worker are NOT DOING There Jod TO The fullest Tremeent NEEDed

(3) Green county JAIl. Dose NOT Allow you To write Love one OR other prison's AS Pen-plAS This should Be Allow other prison's AND other JAIL Let you DO ThIS.

(4) Green County county JAIL Treats you AS If You Are GUIlty AND WAItIN G To Be FounD INACENT when We AS INmate are INACENT TO FOUND GUIty IN The Court Of Law

INDIGENT



GOUND'S FOR LAWSUITE. TO BE FIELD. ON Green COUNTY JAIL

Green COUNTY JAIL DOSE NOT FOllOW AND AlSO BReAKS Are CONSTITUTION RIGTH IN MANY WAYS.

1. Green COUNTY JAIl DOSE NOT GIVE OUT GRIEVANCES. AND When ASKING FOR ONE, AlSO WE AS INMATES HAVE The RIGHT TO GET MEDICIAl TRETMENT IN JAIL TO The FUllEST EXTNET. Green COUNTY DOSE NOT GIVE The FUllEST MEDICIAl TRETMENT AND AT TIMES There MEDCIAl STAFF WILL MAKE A JOKE AND LAUGH AS They ARE WALKING AWAY. Some TIMES YOU COUlD NEED A DOCTOR ARE BEING NEEDING TO GO TO The HOSPITIAl RIGHT THEN AN There They DON'T TAKE YOU. AND MAKE YOU WAIT. GREEN COUNTY JAIL WILL NOT ALLOW YOU TO WRITE LOVE ONE ONES Who ARE LOCK UP INDIGENT





(5) We AS INMATE ARE STILL people AND A person AND STILL HAVE Some Are ALL right, AND should me Treated AS A preson IN JAIL AS MUCH AS WE ARE OUT OF JAIL.

I LArry DeAN Moore IS ASKING The COURT TO PUT ThIS LAW SUIT ON A COURT Docket AN GIVE IT A COURT DATE AND TIME TO Be Brought UP IN FRONT OF The COURT FOR A FAIR HEARING AND DATE AND TIME I'M ASKING The COURT TO SEND TO

LArry DeAN Moore
1000 N BOONVILLE
SPRINGFIELD MO, 65803

AND TO

Green County JAIL
1000 N BOONVILLE
SPRINGFEID MO
65803


GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802
LARRY D moore
Inmate Name
101628
Jacket #
SPRINGFIELD
MO 658
31 AUG '16
PM 3 L
UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 000.46⁵
0000885762
AUG 31 2016
MAILED FROM ZIP CODE 65802
Clerks Office
United States District Court
Western District of Missouri
1400 U.S. Courthouse
222 John Q Hammons PKWY.
Springfield, Missouri 65806
REC'D SEP 01 2016
LEGAL MAIL
65806-255950